EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                   | 2010 TSPR 28      |
|                          |                   |
| Manuel Santiago Tirado   | 178 DPR _____     |

Número del Caso: TS-5199

Fecha: 19 de febrero de 2010

Abogado de la parte peticionaria:
            Por derecho propio

Materia: Reinstalación al Ejercicio de Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

TS-5199

Manuel Santiago Tirado

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de febrero de 2010

Examinada la *Moción Informativa* y la *Moción Solicitando Reinstalación* presentada en el caso de epígrafe*, se ordena la reinstalación del peticionario solamente al ejercicio de la abogacía. De otra parte, se le concede a la Oficina de Inspección de Notarías (ODIN) un término de **veinte (20) días**, contados a partir de la notificación de esta Resolución, para que exprese su parecer sobre la solicitud de reinstalación del peticionario al ejercicio de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo